JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WILLIAMS,<br><br>               Petitioner,<br><br>     v.<br><br>R. RACKLEY, Warden,<br><br>               Respondent. | Case No. 2:17-cv-08066-JFW (SHK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 3, 2019

HONORABLE JOHN F. WALTER
United States District Judge